IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QVC, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATIOMATS.COM, LLC n/k/a | : | |
| ALTERRA CAPITAL, LLC and | : | |
| KEECO, LLC, | : | No. 12-3168 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **3rd** day of **August**, **2012**, upon consideration of Defendant Keeco, LLC's Motion to Transfer or Stay, QVC's response thereto, and for the reasons stated in the Court's Memorandum dated August 3, 2012, it is hereby **ORDERED** that:

1.  Keeco, LLC's Motion to Transfer or Stay (Document No. 14) is **GRANTED in part** and **DENIED in part**, in that this case shall be **TRANSFERRED** to the Middle District of Florida as it is related to *Patiomats.com, LLC v. Keeco, LLC*, Civ. A. No. 11-1592.

2.  QVC, Inc.'s Motion to Deposit Funds and for Order of Discharge (Document No. 5) is **DENIED as moot**.

3.  Keeco, LLC's Motion to Dismiss for Lack of Jurisdiction (Document No. 20) is **DENIED as moot**.

4.  The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**